

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00296-CV

Robert **SOTO** Jr. and Sylvia Soto,
Appellants

v.

**WELLS FARGO BANK N.A.** and George Paniagua,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-04719
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellants, Robert Soto Jr. and Sylvia Soto, bear all costs of this appeal.

SIGNED July 10, 2013.

_____
Luz Elena D. Chapa, Justice